UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD RINEHART** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-1535** |
| **HELIX ENERGY SOLUTIONS GROUP, INC.** | **SECTION "B"(2)** |

### ORDER AND REASONS

Plaintiff's opposed Motion for Appeal of Magistrate Judge Decision (*see* Rec. Doc. Nos. 26 and 31) is hereby **DISMISSED.** The Magistrate Judge's discovery order sufficiently addresses evidentiary matters about Defendant's net worth and income through production of Defendant's SEC 10K statements while correctly considering FRCP 26(b)(2). There is no showing here of an abuse of the Magistrate Judge's broad discretionary power.

New Orleans, Louisiana, this 4th day of April, 2011.

UNITED STATES DISTRICT JUDGE